UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

## CIVIL RIGHTS COMPLAINT

MIGDALIA BRACONI
DC L21060
    Plaintiff

5:17-CV-172-Rc-10PRL

2017 APR 19 AM 10:59

V.

TARILKA NUNEZ NAVARRO
CHALLAE PORTER
DEREK GIBSON
JASON BRAUN
DIEGO COMBE
JAMES COZINE
CASSANDRA DAVIS
GARY EASON
AMANDA ENOS
DAN FLAHERTY
KATHY MURPHY
GINA PRESCOTT
HEATHER SCARBOROUGHT
JOHN SMITH

Plaintiff, Migdalia Braconi, pursuant to the Constitution civil rights' action, 42 U.S.C. § 1983

Plaintiff    MIGDALIA BRACONI, LOWELL CORRECTION INSTITUTION, 11120 N.W. GAINSVILLE Road OCALA, Fla 34482

PREVIOUS LAWSUITS:    NOT APPLICABLE

## DEFENDANTES

**TARILIKA NUNEZ NAVARRO**
201 S.E 6th Street
FT. Lauderdale, Fla 33301
Broward County Court
STATE ATTORNEY

**CHALLAE PORTER**
201 S.E 6th Street
FT. Lauderdale, Fla 33301
Broward County Court
PUBLIC DEFENDER

**DEREK GIBSON**
2806 South US 1 HWY
FT. PIERCE, Fla 34982
PROBATION OFFICER

**JASON BRAUN**
920 South US 1
FT. PIERCE, Fla 34950
POLICE OFFICER

**DIEGO COMBE**
920 South US 1
FT. PIERCE, Fla 34950
POLICE OFFICER

**JAMES COZINE**
920 SOUTH US 1
FT. PIERCE, Fla 34950
POLICE OFFICER

CASSANDRA DAVIS
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

GARY EASON
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

AMANDA ENOS
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

DAN FLAHERTY
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

KATHY MURPHY
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

GINA PRESCOTT
  920 SOUTH US 1
  FT. PIERCE, Fla 34950
  POLICE OFFICER

HEATHER SCARBOROUGHT
920 SOUTH US 1
FT. PIERCE, Fla 34950
POLICE OFFICER

JOHN SMITH
920 SOUTH US 1
FT. PIERCE, Fla 34950
POLICE OFFICER

# STATEMENT OF CLAIM

Under Constitution Law of U.S. Civil rights has been violated,
Malicious Prosecution, willful-outrageous misconduct deliberate indifferences, Amends, 4th, 5th, 6th, 8th, 14th

The Complaint is basically of Malicious Prosecution that constitutionally has prejudice, the Plaintiff of deprive life liberty. Tarilika N. Navarro, knowning maliciously pulled the No Information filed ordered false, Closed Case, out-of Jurisdiction used means to obtain Conviction. Forcing to prove the point of a violation of Probation that did not actually occur. Where it was adjudged and Solved.

Tarilika N. Navarro, pulled the Closed false Case, including introduction of false witnesses and Exhibits evidence to testify of the unexisting case that was determine false accusations. This prejudice the plaintiff of her life liberty causing unusual punishment. The witnesses remain undisclosed during the false testimony Allegations

There is tampering of false Close file with No Information, was maliciously used to prove a point for a Violation against Plaintiff. The pulled file was to Obtain Conviction. The false allegations, Constitutionally prejudice life liberty unfairly.

Derek Gibson had issued a affidavit (sworn) oath to support the false Solved accusations were he Belief of the informat officer Heather Scarborought who inform the false details to Derek Gibson without investigation he affirm to Conclusion to issue unavailiable affidavit Confusing the Justice.

These false allegation should not be considered to prove a point for Conviction of false Closed Case.

## STATEMENT OF CLAIM

The witnesses on the Complaint witness and testify and gave Statements refference of the false Closed Case, Forbidden by Court order of No Information that was determine false and Closed on June 07, 2013. Therefore, Tarilika N. Navarro pulled and used against Plaintiff to Obtain Conviction.

Where, Some of the witnesses were not present at the accusation location incident on May, 17, 2013.

But, they all testify for the prosecution purposes to prove a point mislead, Subject Matter to Obtain Conviction from the forbidden Closed false Case.

On November 21, 2013 the witnesses sworn and testify Criminalizing false Statements.

Somehow, the Plaintiff didnot recognized, some of the false witnesses that had Pretense at Court.

However, these witnesses did not disclosed the use of excessive force on May, 17, 2013 brutality arrest by officer Heather Scarborought and her partner (male) white. Who arrest the Plaintiff.

I'll include the illegal re-entry to the Plaintiff residence after her arrest Where the Officer's left unsecured open to the Public and unattended to return for exploratory rummage on May, 22, 2013 Seeking evidence create a Case Collecting false tamper evidence without Supervision or Search warrant for identify Sought, Plaintiff was in St. Lucie County Jail. This warrant was not provided. This violated Plaintiff of Privacy and property of the unauthorized intruders, on May, 22, 2013

On June, 07, 2013 Plaintiff was release of the false accused, determined false, she was emergency transported to Lawnwood Hospital at Fort. Pierce, Fla. with extreme chest pain, caused by been Stroke by arresting officer Heather Scarborought and her partner (male) white. On May, 17, 2013 This was not disclosed on November, 21, 2013 by false witnesses.

## Statement of Claim

Plaintiff reported to Jail staff at St. Lucie Jail, No medical attention for chest pain wasn't provided.

FOR THE RECORD, This Jurisdiction, St. Lucie County Case WAS adjudged and Solved on June 07 2013 and a No Information Order was filed by State Attorney. This Case is forbidden, but Tarilika N. Navarro, intentions to Confront and force this false Case, depriving the Plaintiff of her liberty, Pulled and used with false witnesses to Obtain Conviction; and to prove a point of a Violation of Probation that did not actually occur.

If anything, I believe to be the Victim. The Plaintiff, Complaint is of the witnesses that has testify on November 21, 2013 against the Plaintiff of the forbidden Closed false Case out of Broward County Jurisdiction causing unusual punishment of a Violation of Probation that did not occur.

Plaintiff was prejudice Constitutionally by the offending Criminalizing false Witness testimonies and Sworn Oath.

Who testifies bears on obligation to Court and Society to tell the truth. False Statement under Sworn Oath is Criminalizing.

## STATEMENT OF FACTS

The Plaintiff was on Probation while falsely accused on May, 17 2013.

The Plaintiff reveal of the accusations were false, and the Judge' order a No Information to be filed by State Attorney of St. Lucie County on June 07 2013.

On November 21, 2013 The Plaintiff was Convicted of Same Closed false Case where the facts, that Tarilika N. Navarro pulled the false filed to prove the point of a Violation of Probation that did not occur raising the Subject Matter along with the false witnesses forced the forbidden false Closed Case for Conviction, Prejudice Constitutionally the Plaintiff.

The facts that the unavailable impermissible factor were Considered during Judgment. Include that the No Information order had No Venue Jurisdiction to prove the point of a Violation of Probation, Out-of Jurisdiction without on Offense or Crime Committed.

The Accusing, Subject Matter after the fact was brought in at the Broward County Court. The out-of Jurisdiction false Case do not exist in the face of the record.

The Plaintiff was Convicted of false Pretense Judgment depriving liberty by unusual punishment Causing the Plaintiff to Involunty Servitud, where the Plaintiff is legally disability, by Social Security administration.

# STATEMENT OF FACTS

**TARILIKA NUNEZ NAVARRO**
STATE ATTORNEY
November 21, 2013
Broward County Court

Maliciously Prosecute, Contrive False Closed Case to Obtain Conviction, the introduction to Court of False Pretense witnesses to testify on the false Closed Case out-of-Jurisdiction, without No Venue. Knowning of the facts of the Closed false filed Case, brought in Court and uses means to obtain Conviction, Deprive liberty, mislead and Confused Judgment outcome improperly implicit Concept of ordered liberty. Prejudice Plaintiff Constitutionally.

Tarilika N. Navarro introduce false witnesses to be Contribute with the false allegations against Plaintiff Criminalizing false Statements.

TARILIKA N. NAVARRO withheld extensive exculpatory evidence, relying to Secure Conviction unfairly deprive Plaintiff liberty of the ineffect Closed false Case. This Case is the Same adjudged and Solved Subject Matter out of Jurisdiction, were Plaintiff been Convicted.

TARILIKA N. NAVARRO lack of power to action over Plaintiff false Closed Case unauthorized of a warrant that had No Probable Cause, on November, 21, 2013.

There was No Judgment Committment where the Plaintiff was illegaly transported to be falsely imprisoned.

TARILIKA N. NAVARRO, has established a Giglio Violation fundamentally Unfair, by Rudimentary demands of Justice.

## STATEMENT OF FACTS

### CHALLAE PORTER (Counsel)

On November 21, 2013, knowningly of the truth Subject Matter, accusing threats in the Critical Stages allow, Tarilika N. Navarro to introduce without objection the false witnesses testimony to prejudice against the Plaintiff. Challae Porter did not elicited the witnesses. She allowed prejudice that has Constitutionally Contrive the unusual punishment to occur. Without the proper defense of the Closed false Case that should not been raised or Consider to prove the point of a Violation of Probation that did not occur, Prejudicing the Plaintiff Constitution Cause of Counsel' rudimentary deed.

### Derek Gibson (Probation Officer)

June, 12, 13 Issued a Prejudicing Affidavit after the facts release of the Plaintiff on June 07, 2013, gave unavailable information and it has been supported by sworn Oath, rely of informat officer Heather Scarborought who Derek Gibson belief without investigate, affirm to conclusion of the affidavit. After the fact knowing the Plaintiff was determine of false accusations release on June 07, 2013 he did not inform the truth information to disclose the Subject Matter and disposition of the issued Affidavit. This prejudice the Plaintiff Constitutionally by issue the affirm Affidavit without a Probable Cause, causing unusual punishment and deprive, Plaintiff liberty.

## STATEMENT OF FACTS

### JASON BRAUN
OFFICER
November, 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
Offense, Civil Rights

### DIEGO COMBE
OFFICER
November, 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
Offense Civil Rights

### JAMES COZINE
OFFICER
November 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
Offense Civil Right

### CASSANDRA DAVIS
OFFICER
November, 21, 2013.
Witness for Prosecution, Conflict of Interes
Broward County Court
Offense Civil Rights

## STATE OF FACTS

**GARY EASON**
OFFICER
November 21, 2013
Broward County Court
Witness Pretense testimony
For Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

**AMANDA ENOS**
OFFICER
November 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

**KATHY MURPHY**
OFFICER
November 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

**DON FLAHERTY**
OFFICER
November 21, 2013
Broward County Court
Witness for Prosecution, Conflict of Interes
Pretense testimony
OFFENSE Civil Rights

## STATEMENT OF FACTS

### GINA PRESCOTT
OFFICER
November 21, 2013
Broward County Court
Pretense Testimony
Witness for Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

### HEATHER SCARBOROUGHT
OFFICER
November 21, 2013
Broward County Court
Pretense testimony
Witness for Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

### JOHN SMITH
OFFICER
November 21, 2013
Broward County Court
Pretense testimony
Witness for Prosecution, Conflict of Interes
OFFENSE CIVIL RIGHTS

All the witnesses knowning of the false case anticipated and reviewed, evaluated by Heather Scarborought where, the false Closed Case was no longer active or effective. They all choosen to give Contribute with unlawful malicious Prosecution willful-out greateous Misconduct to obtain Conviction prejudice the plaintiff of liberty af by Conflict of Interes Prosecution They remain undisclosed during the Conviction, Violating Plaintiff Constitutionally Civil Rights.

## RELIEF REQUEST

I, vastly believe to pursuant this incriminating case to this Honorable Court, seeking of the truth that I been in a critical stage of pretense accusations in this complaint, that has unlawfully detained, deprive of liberty violating Constitutionally Civil rights.

I been denied and rejected of legal system.

I am claiming Protection of Constitution Civil rights. I am wrongful imprison, and Convicted, by false accusation of the legal system, not by the society without motive of a violation of Probation that did not occur. A Mistake, due to the false accusations of May, 17, 2013 that was adjudged and solved, non existing Subject Matter. The false close case shouldn't been raised to prosecute maliciously, prejudice an individual to obtain Conviction violating Civil rights and Constitution.

I believe in liberty and Justice, in hope Goodfaith.

I will overcome the truth, and freedom

Justice has to serve all. There shall be a remedy of relief, outcome.

This cause the Plaintiff serious damages, besides liberty.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the original of foregoing Constitution Civil rights Complaint, 42.U.S.C. §1983 was provided for filings to:

US DISTRICT COURT
CLERK OF COURT
207 N.W Second Street, Room 337
Ocala, Fla 34475-6666

TARILIKA Nunez Navarro
Broward County Courthouse
201 SE 6th Street
FT. Lauderdale, Fla 33301

DEREK GIBSON
2806 South US1 HWY
Dept of Probation
FT. Pierce, Fla 34982

AND, ALL Law Enforcement officer's
Police Dept of St. Lucie County
920 South US 1 HWY
FT. Pierce, Fla 34950

(11) Copies to officers

I DECLARE UNDER PENALTY OF PERJURY that, THE FOREGOING IS TRUE AND CORRECT

Signed this 19 day of April 2017

Migdalia Braconi
M. Braconi
DC. L21060

I declare under penalty of Perjury that this Civil Rights Complaint was delivered to Prison officials for mailing the day of 19 April 2017